JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANNAH BRILLON and THOMAS SMALLS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA; TRAVIS JOHNSON; ANDRES GIL; ZACHARY JEZULIN; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 8:20-cv-00439-DOC-(DFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** [48] |

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a) and the stipulation of parties, this entire action, as against all defendants, served or unserved, is dismissed with prejudice. Each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: July 30, 2021

_____
Honorable David O. Carter
United States District Judge

- 1 -
ORDER DISMISSING CASE ENTIRE ACTION WITH PREJUDICE